```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION


SADEIEL GONZALEZ-BATLE,           :

     Petitioner,                  :

v.                                :
                                        CIVIL ACTION 07-595-KD-M
PETER D. KEISLER,                 :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,          :

     Respondents.                 :
```

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED as MOOT.

DONE this 14th day of November, 2007.


/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE